

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jeong gu kim<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 14-262-MMM-5<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___dft___, IT IS ORDERED that a detention hearing is set for ___Monday___, ___5/19/14___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable _____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___5/14/14___        _____
                              U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                    Page 1 of 1